IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-cr-0013-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| THOMAS ANDREW TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States of America's motion to seal Exhibit 1 attached to its response in opposition to Defendant's motion for compassionate release. For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit 1 attached to the response in opposition to Defendant's motion for compassionate release.

SO ORDERED this 18 day of April, 2022.

JAMES C. DEVER III
United States District Judge